# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br><br>      Plaintiff,<br><br>v.<br><br>ARAH MAUBA BEY,<br><br>      Defendant. | Case No.: 2:20-cv-02263-KJD-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

      Pending before the Court is Defendant's application for leave to proceed *in forma pauperis*. Docket No. 1. Defendant submits that the Privacy Act of 1974 does not require him to provide the information requested in the application. *Id.* at 2. However, the Court's Local Rules require an applicant to disclose his income, assets, expenses, and liabilities to properly determine whether the applicant should be granted leave to proceed *in forma pauperis*. LSR 1-1. *See Sangster v. Clark Cty. Det. Ctr.*, 2005 WL 8159830, at *1 (D. Nev. June 21, 2005) ("The right to proceed in a civil action in forma pauperis is a privilege, not a right, granted by statute and local rules and is not limited.") (citing *Jefferson v. United States*, 277 F.2d 723, 724–25 (9th Cir. 1960)); *see also Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) ("[A] plaintiff seeking IFP status must allege poverty 'with some particularity, definiteness and certainty.'") (quoting *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981)). Accordingly, the Court will deny Defendant's application for leave to proceed *in forma pauperis* without prejudice.

      The Court will retain Defendant's documents, but will not file them until the matter of the payment of the filing fee is resolved. Docket Nos. 1-1, 1-2. Defendant will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* or, in the alternative, pay the full filing fee for this action.

Accordingly, Defendant's application to proceed *in forma pauperis* is hereby **DENIED** without prejudice. Docket No. 1. The Court will retain Defendant's documents, but will not file them until the matter of the filing fee is resolved. Docket Nos. 1-1, 1-2. No later than January 15, 2021, Defendant shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. The Clerk's Office shall send Defendant a blank application form. Failure to timely comply with this order will result in a recommendation to the District Judge that this case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 16, 2020

_____
Nancy J. Koppe
United States Magistrate Judge