# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,<br>　　Plaintiff,<br>v.<br>ARAH MUABA BEY,<br>　　Defendant. | Case No. 2:20-cv-02263-KJD-NJK<br><br>**ORDER** |

　　On December 15, 2020, Defendant filed an application to proceed *in forma pauperis* in this case. Docket No. 1. On December 16, 2020, the undersigned denied the application without prejudice because Defendant had failed to disclose relevant information to determine whether he qualifies to proceed *in forma pauperis*. Docket No. 2. Thereafter, on December 18, 2020, Defendant filed an objection to the undersigned's order. Docket No. 3. On April 12, 2021, United States District Judge Kent J. Dawson denied Defendant's objection to the undersigned's order. Docket No. 6.

　　Accordingly, no later than May 13, 2021, Defendant must either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a complete and accurate application to proceed *in forma pauperis*. The Clerk's Office is instructed to send Defendant a blank application form. Failure to timely comply with this order will result in a recommendation to the District Judge that this case be remanded to state court.

　　IT IS SO ORDERED.

　　Dated: April 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1