1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7
8
9
10
11

STATE OF NEVADA,

Plaintiff,

v.

ARAH MUABA BEY,

Defendant.

Case No. 2:20-cv-02263-KJD-NJK

**ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

12
13
14
15
16
17
18
19
20
21
22
23
24

Before the Court for consideration is the Report and Recommendation (ECF #9) containing the findings and recommendations of Magistrate Judge Nancy J. Koppe entered May 18, 2021, recommending that Plaintiff's action be remanded to state court. Plaintiff objected to the recommendation on May 28, 2021 (ECF #10). Judge Koppe recommends that the action be remanded to state court because Defendant Arah Muaba Bey ("Bey") has not paid his filing fee or submitted an accurate application to proceed *in forma pauperis*. Bey argues that Judge Koppe did not address all of his legal arguments in her Report and Recommendation. Bey repeats the arguments made in his objection to Judge Koppe's order denying Bey *in forma pauperis* status, stating that paper money cannot be used to pay a fee or debt as it is merely a promissory note because money is not backed by gold or silver. Bey also repeats his argument that he is not a citizen of the state of Nevada and that the Court cannot assume he is simply because his mailing address is in Nevada. Bey's final argument against remand to state court is that "this case has been dismissed at the state level." (ECF #10 at 1).

25
26
27
28

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendations containing the findings and recommendations of Magistrate Judge Koppe, entered May 18, 2021, should be **adopted** and **affirmed**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF #9) is **ADOPTED** and **AFFIRMED** and Plaintiff's case is **REMANDED**.

Dated this 5th day of October, 2021.

Kent J. Dawson
United States District Judge